# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| AISSATA DIOLLO, | : No. 75 EM 2015 |
| Respondent | : |
| v. | : |
| MAMADOU BARRY, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of August, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.